# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 5, 2018

## NO. 03-16-00797-CV

**Lee's Pharmacy & Medical Equipment, Appellant**

**v.**

**Texas Health and Human Services Commission and
Office of Inspector General, Appellees**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND
AFFIRMED IN PART, REVERSED AND REMANDED IN PART—
OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the Order Granting Defendants' Plea to the Jurisdiction signed by the district court on November 8, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court affirms the order in part, reverses the order in part, and remands the case to the district court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.